AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berrigan, Helen G | Eastern District of Louisiana | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street, Room C-556<br>United States Courthouse<br>New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Louisiana State Bar Assn. Post Conviction Representation Committee |
| 2.   Member | Board of New Orleans Federal Bar Association |
| 3.   Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 4.   Member | Board of Trustees, Louisiana State University, Law Center |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -9 A 9: 3  FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | West Services, Inc.; Book Royalties | $ 1,509.97 |
| 2. 2006 | LSU Law School; Teaching | $ 1,500.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Berrigan, Litchfield, Schonekas, Mann, Traina & Thompson Law Firm- Retirement |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | Award recipient at annual meeting 8/07-09/2006, reimbursed for travel & lodging |
| 2. U.S. State Department/Justice Department | Rule of law to train lawyers in Malawi, Africa, 11/29/06 - 12/11/06, travel & lodging |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citigroup-Common Stock | C | Dividend | L | T | | | | | |
| 2. IBM - Common Stock | B | Dividend | M | T | | | | | |
| 3. Tri-Continental Corp. Mutual Fund | B | Dividend | L | T | | | | | |
| 4. Salomon Bros. Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 5. T. Rowe Price Growth Stock Mutual Fund | B | Dividend | L | T | | | | | |
| 6. Profit Sharing Plan (See VIII) | A | Dividend | K | T | | | | | |
| 7. IRA Plan (See VIII ) | A | Dividend | L | T | | | | | |
| 8. Liberty Financial Services, N.O., LA (common stock) | A | Dividend | L | T | | | | | |
| 9. Rental Property #1 New Orleans, LA Appra. 8/21/85 | A | Rent | N | Q | | | | | |
| 10. Rental Property #2 New Orleans, LA | A | Rent | | | Sold | 11/21 | L | A | Paul L. Tregre |
| 11. Profit Sharing Plan (See VIII) | E | Int./Div. | O | T | | | | | |
| 12. Exxon Corp. Common Stock | B | Dividend | M | T | | | | | |
| 13. General Electric Common Stock | B | Dividend | L | T | | | | | |
| 14. ONEOK Common Stock | B | Dividend | K | T | | | | | |
| 15. Westar Energy, Inc. - Common Stock | A | Dividend | D | T | | | | | |
| 16. Fidelity Advisor -High Yield Portfolio Class T | B | Dividend | K | T | | | | | |
| 17. Van Kampen Services Loan Fund FD CL 1B | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Command Money Fund (Wachovia Securites) | A | Interest | K | T | | | | | |
| 19. International Paper Company - Common Stock | A | Dividend | J | T | | | | | |
| 20. ING Golden Select Guarantee Annuity | A | Interest | K | T | | | | | |
| 21. Dryden Ultra Short Bond Fund Y | B | Dividend | M | T | | | | | |
| 22. Wrigley WM Jr. Co. - common stock | A | Dividend | K | T | | | | | |
| 23. Bank of America Corp. - common stock | A | Dividend | K | T | | | | | |
| 24. Johnson & Johnson - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Berrigan, Helen G | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII #6
Profit Sharing Plan is invested in Dreyfous Growth and Income Mutual Fund and Dreyfous Growth & Opportunity Mutual Fund.

Section VII #7
IRA Plan is invested in Dreyfous New Leaders Mutual Fund.

Section VII #11
See Attached:

 TTEE
PLC
P.S. Plan
Statement from Wachovia Securities

With respect to Part VII, page 5, line 11, here are the individual stocks, bonds and mutual funds that make up ▉▉▉▉ retirement account: Bellsouth Corp., BP PLC Spons. ADR, Chevron Corporation, CLECO Corporation, Consolidated Edison, Inc., Dominion Res., Inc. Va. New, Glatfelter, Indonesian Diamond LTD, Kinder Morgan Energy Partners LP, New Plan Excel Rlty, Penn Real Estate, Simon Property Group, Tanger Factory Outlet, the Southern Company, Verizon Communications, WD-40 Company Common, Entergy Louisiana, Metlife, Natural Rural Utilities, SBC Communication, Sherwin Williams, Simon PPTY Group, Fidelity Advisor Service, Dryden High Yield Fd, Pioneer High Yield Fund, Van Kampen, ACM Income FD, Inc., American Strategic Income Portfolio, Scudder Reef Real Estate FD2 and MFS Charter Income TR SBI, AT&T, Inc., John Hancock Patriot Prem. Dividend FDI.

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date 5/2/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544